Curtis WHITE, Jr., Appellant,

v.

The STATE of Texas, Appellee.

No. 56853.

Court of Criminal Appeals of Texas.

Nov. 23, 1977.

Larry E. Meyer, Houston, on appeal only, for appellant.

Jim D. Vollers, State's Atty., Austin, for the State.

OPINION

DOUGLAS, Judge.

This is an appeal from a conviction for robbery by assault as denounced by Art. 1408, Vernon's Ann.P.C. (1925). The trial was before the court on a plea of guilty. The punishment is imprisonment for five (5) years.

An examination of the felony information filed in this case reveals that it is fundamentally defective for failure to allege the ownership of the property taken. *Lucero v. State,* 502 S.W.2d 128 (Tex.Cr. App.1974); *Bouie v. State,* 528 S.W.2d 587 (Tex.Cr.App.1975); *French v. State,* 531 S.W.2d 613 (Tex.Cr.App.1975); *Arline v.* *State,* 529 S.W.2d 73 (Tex.Cr.App.1975); *Ainsworth v. State,* 531 S.W.2d 613 (Tex.Cr. App.1975); *Batro v. State,* 531 S.W.2d 614 (Tex.Cr.App.1975); *Page v. State,* 532 S.W.2d 341 (Tex.Cr.App.1976); *Pittman v. State,* 532 S.W.2d 97 (Tex.Cr.App.1976).

The judgment is reversed and prosecution under the instant information is ordered dismissed.